IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK DONEZ, ) | **Old Case No. 1:08cv0956 LJO DLB** |
| ) | |
| ) | **New Case No. 1:08cv0956 DLB** |
| ) | |
| ) | ORDER REASSIGNING CASE |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| Defendant. ) | |

It appearing that pursuant to Eastern District General Order 345, all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1. This action is assigned to United States Magistrate for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

2. The Clerk of the Court is directed to assign this action in its entirety to the Magistrate Judge; and

1

3. The new case number shall be 1:08cv0956 DLB. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

**IT IS SO ORDERED.**

**Dated:   August 4, 2008**                   /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

2