McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel
Social Security Administration
SARAH RYAN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8978
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRANK DONEZ, | Case No. 1:08-CV-0956-GSA |
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR DEFENDANT'S FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;[PROPOSED] ORDER GRANTING EXTENSION OF TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The requested extension is necessary to permit the undersigned Special Assistant United States Attorney, attorney of record for Defendant, to confer further with her client regarding the issues and merits of this case. The current due date is April 8, 2009. The requested new due date will be May 8, 2009.

//

If granted, all other dates in the Court's Scheduling Order will be extended accordingly.

Respectfully submitted,

Dated: April 6, 2009  /s/ *Young Cho for Laura Krank*
LAURA KRANK
(Signature authorized by telephone)
Attorney for Plaintiff

Dated: April 6, 2009  McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS

/s/*Sarah Ryan*
SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: April 6, 2009.  /s/ Gary S. Austin
THE HON. GARY S. AUSTIN
United States Magistrate Judge