IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK DONEZ, | ) | 1:08-cv-00956 GSA |
| | ) | |
| Plaintiff, | ) | ORDER DISCHARGING |
| | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

On July 8, 2008, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of an application for benefits. On July 1, 2009, the Court issued an Order to Show Cause why the action should not be dismissed for Defendant's failure to file an opposition brief in accordance with the Scheduling Order and extensions of time granted in this matter.

On July 7, 2009, the parties filed a Stipulation and Proposed Order for Remand to the Commissioner for further proceedings.

In light of the parties' stipulation, the Order to Show Cause is hereby DISCHARGED.

IT IS SO ORDERED.

Dated: **July 8, 2009**          /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE

1