LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA WADE ANDERSON
Assistant Regional Counsel
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8930
Facsimile: (415) 744-0134
E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| FRANK DONEZ, )<br>      )<br>   Plaintiff, )<br>      )<br>   v. )<br>      )<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>      )<br>   Defendant. )<br>_____ ) | CIVIL NO. 1:08-CV-00956 GSA<br><br>STIPULATION FOR REMAND TO THE COMMISSIONER; [PROPOSED] ORDER FOR REMAND |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to remand the above-captioned matter, pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Commissioner will direct an administrative law judge to update the record, consider whether Plaintiff meets or equals the required findings of Listing 12.05(c) of the Listings of Impairments, Appendix 1, Subpart

P, Part 404, 20 C.F.R.; and if not, to proceed to the sequential evaluation process, as necessary.

Respectfully submitted,

Dated: July 7, 2009

*/s/ Laura Lackey-Krank*
LAURA LACKEY-KRANK
Attorney for Plaintiff
(Concurrence by email)

Dated: July 7, 2009

LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Donna W. Anderson*
DONNA W. ANDERSON
Assistant Regional Counsel
Special Assistant United States Attorney

Attorneys for Defendant
Michael J. Astrue, Commissioner
Social Security Administration

IT IS SO ORDERED.

**Dated:   July 8, 2009**          */s/* **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE