LAURA KRANK
ATTORNEY AT LAW:  220208
LAW OFFICES OF ROHLFING & KALAGIAN
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX:  562/432-2935
Email:  lekrank@hotmail.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| FRANK DONEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant.<br>_____ | CIVIL NO. 1:08-CV-00956 GSA<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT § 2412(d) |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff FRANK DONEZ ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, LAURA KRANK, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of THREE THOUSAND EIGHT HUNDRED DOLLARS ($3,800.00).  This amount represents compensation for all legal services rendered by LAURA KRANK on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

　　　This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, costs, and expenses, and does not constitute an admission

1  of liability on the part of Defendant under the EAJA.  Nor do Plaintiff, LAURA
2  KRANK, or Defendant resolve, settle, or compromise the question of whether
3  LAURA KRANK may be, is, or should be the direct payee of an award of fees,
4  costs, and expenses under the EAJA in the absence of an express or implied
5  assignment of such an award or whether any such award is free from or subject to
6  debts of Plaintiff, if any, under the Debt Recovery Act. Payment of THREE
7  THOUSAND EIGHT HUNDRED DOLLARS ($3,800.00) in EAJA attorney fees,
8  costs, and expenses to LAURA KRANK shall constitute a complete release from
9  and bar to any and all claims Plaintiff may have relating to EAJA fees in
10 connection.  Any payment shall be made payable to Plaintiff's counsel as
11 Plaintiff's assignee and delivered to Plaintiff's counsel.

12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE: 9/2/09                    Respectfully submitted,
                                Rohlfing & Kalagian

                        BY:     /s/ Laura Krank
                                Laura Krank
                                Attorney for plaintiff
                                Frank Donez


DATE: 9/2/09                    THOMAS P. O'BRIEN
                                United States Attorney
                                LEON W. WEIDMAN
                                Chief, Civil Division


                        BY:     /s/-Donna W. Anderson*
                                Donna W. Anderson
                                Assistant Regional Counsel
                                Special Assistant United States Attorney
                                Attorneys for defendant Michael J. Astrue
                                Commissioner of Social Security
                                [*By email authorization on August 27, 2009]


IT IS SO ORDERED.

Dated:   **September 4, 2009**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE